UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Julie Bowers v. Bayer Corporation, et al.* | No. 11-cv-13107-DRH |
| *Jessica Barkman v. Bayer Corporation, et al.* | No. 12-cv-10339-DRH |
| *Rachel Cabarrubia v. Bayer Corporation, et al.* | No. 10-cv-12456-DRH |
| *Renee Pedrini v. Bayer Corporation, et al.* | No. 12-cv-11386-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 29, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.30
15:13:09 -04'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT